```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
FRANCISCO JAVIER ORTIZ,                                           :
                                                                  :
                              Plaintiff,                          :     1:21-cv-09630-GHW
                                                                  :
              -v -                                                :     ORDER
                                                                  :
MADRID BAKERY LLC and ARONULO                                     :
VALERA,                                                           :
                                                                  :
                              Defendants.                         :
                                                                  :
----------------------------------------------------------------- X
```

<div style="border:1px solid black">
USDC SDNY<br>
DOCUMENT<br>
ELECTRONICALLY FILED<br>
DOC #: _____<br>
DATE FILED: 5/9/2022
</div>

GREGORY H. WOODS, United States District Judge:

The parties have informed the Court that they have reached an agreement in principle to settle the action. The Court expects the parties to file an application for judicial approval of the settlement and to submit a stipulation of dismissal with prejudice no later than June 23, 2022. The deadline for Defendants to respond to the complaint, Dkt. No. 1, is adjourned *nunc pro tunc* and *sine die*. The initial pretrial conference scheduled for July 22, 2022 is adjourned *sine die*, and the deadline for the parties to submit a joint letter and proposed case management plan is also adjourned *sine die*.

SO ORDERED.

Dated: May 9, 2022

_____
GREGORY H. WOODS
United States District Judge