```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
FRANCISCO JAVIER ORTIZ,                                           :
                                                                  :
                                        Plaintiff,                :     1:21-cv-09630-GHW
                                                                  :
                  -v -                                            :     ORDER
                                                                  :
MADRID BAKERY LLC and ARONULO                                     :
VALERA,                                                           :
                                                                  :
                                        Defendants.               :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2022

GREGORY H. WOODS, United States District Judge:

On October 20, 2022, the Court scheduled a conference to discuss the parties' application for judicial approval of their settlement for October 25, 2022. Dkt. No. 20. Defendants have not appeared in this action and may not have been served with the Court's October 20, 2022 order. The proposed stipulation of dismissal filed by Plaintiff indicates that Defendants are represented by counsel. *See* Dkt. No. 19-1 at 12. However, counsel for Defendants has not entered a notice of appearance in this case. The Court cannot enter the proposed stipulation because it is signed by counsel who has not appeared on behalf of Defendants in this matter. In addition, Defendant Madrid Bakery LLC may not appear *pro se* in this action. *See Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007) ("[A] limited liability company . . . may appear in federal court only through a licensed attorney.").

In light of the above, the October 25, 2022 conference is adjourned to November 2, 2022 at 10:00 a.m. All parties in this action, including Defendants Madrid Bakery LLC and Aronula Valera, are directed to appear at the November 2, 2022 conference. As discussed, Defendant Madrid Bakery LLC may appear only through counsel at the conference and in this matter.

Plaintiff is directed to serve a copy of this order on Defendants and to retain proof of

service.

      SO ORDERED.

Dated: October 23, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge