```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
FRANCISCO JAVIER ORTIZ,                                       :
                                                              :
                              Plaintiff,                      :        1:21-cv-9630-GHW
                                                              :
               -v -                                           :        ORDER
                                                              :
MADRID BAKERY LLC and ARONULO                                 :
VALERA,                                                       :
                                                              :
                              Defendants.                     :
                                                              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/2022

GREGORY H. WOODS, United States District Judge:

The Court understands that the parties will file a stipulation of dismissal with prejudice in this action. *See* Dkt. No. 19-1 at 2. The Court encourages the parties to submit that stipulation promptly. For the reasons stated on the record during the hearing held on November 2, 2022, the Court declines to retain jurisdiction to enforce the parties' settlement or for any other purpose. Accordingly, the stipulation submitted by the parties should remove the recital paragraph stating that "this Court shall retain jurisdiction to enforce the terms of the Agreement." *See id.* at 11. If such language appears in the stipulation of dismissal submitted by the parties, the Court will override that language in its order.

SO ORDERED.

Dated: November 4, 2022
       New York, New York
                                              _____
                                              GREGORY H. WOODS
                                              United States District Judge